**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-7270**

———————————

JAMES L. PADGETT, JR.,

Plaintiff - Appellant,

versus

MICHAEL MOORE, Director of South Carolina De-
partment of Corrections; DEBORAH FORD, Direc-
tor of Laboratory Services,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  C. Weston Houck, Chief District
Judge.  (CA-98-2955-6-12)

———————————

Submitted:  December 16, 1999      Decided:  December 30, 1999

———————————

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

James L. Padgett, Jr., Appellant Pro Se.  Andrew Foster McLeod,
HARRIS & MCLEOD, Cheraw, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James L. Padgett, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Padgett v. Moore, No. CA-98-2955-6-12 (D.S.C. Aug. 31, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED